Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARNIE SCHULMAN, *individually and on behalf of all those similarly situated,* | Case No.: **2:24-cv-10565-RGK-E** |
| | Hon. R. Gary Klausner |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| WOOLTARI USA, INC., | |
| Defendant. | |

Plaintiff Marnie Schulman and Defendant Wooltari USA, Inc. submit this Notice of Settlement and state the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: 3/20/2025

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

/s/ *Jacob B. I Bach*
**Jacob B. I Bach**
Jacob Bach Law Office
2522 Chambers Road, Suite 108
Tustin, CA 92780
714-585-0965
Fax: 714-786-8321
Email: jacob@acilawgroup.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 3/20/2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470