Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARNIE SCHULMAN, *individually and on behalf of all those similarly situated,*<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WOOLTARI USA, INC.,<br><br>　　　　　Defendant. | Case No.: 2:24-cv-10565-RGK-E<br><br>**Hon. R. Gary Klausner**<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　　Plaintiff Marnie Schulman, individually, and Defendant Wooltari USA, Inc., by and through undersigned counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal *with* Prejudice of the above-styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs.

1
Joint Stipulation of Voluntary Dismissal with Prejudice

Dated: March 20, 2025

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

/ /s/ Jacob B. Bach
**Jacob B. Bach**
ACI Law Group, PC
6 Centerpointe Dr., Ste. 630
La Palma, CA 90623
714-522-3300
Fax: 714-522-3700
Email: jacob@acilawgroup.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 20, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane, Jr.
GERALD D. LANE, JR., ESQ.
California Bar No.: 352470